MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
MCLETCHIE LAW
701 East Bridger Avenue, Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Larime Taylor*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LARIME TAYLOR, an individual,<br>   Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; CLARK COUNTY, a political subdivision of the State of Nevada; SHERIFF JOSEPH LOMBARDO, in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; OFFICER YOUNG, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER KRAVITZ, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER DARRELL LEE DAVIES, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER WESTON FERGUSON, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER THOMAS ALBRIGHT, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department; OFFICER JANETTE GUTIERREZ, as an individual and in her official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER CLINT OWENSBY, as an individual and in his official capacity as a Las Vegas | Case. No.: 2:19-cv-00995-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S VERIFIED AMENDED COMPLAINT (ECF Nos. 21 and 22)**<br><br>**(FIRST REQUEST)** |

1

Metropolitan Police Department; OFFICER ROBERT THORNE, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER JACOB BITTNER, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER GERARDO REYES, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER MORGAN MCCLARY, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER JAKE FREEMAN, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; and OFFICER CHRISTOPHER LONGI, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer,

Defendants.

Pursuant to LR IA 6-1, Plaintiff LARIME TAYLOR and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, OFFICER YOUNG, OFFICER MATTHEW KRAVITZ, OFFICER DARRELL LEE DAVIES, OFFICER WESTON FERGUSON, OFFICER THOMAS ALBRIGHT, OFFICER JANETTE GUTIERREZ, OFFICER CLINT OWENSBY, OFFICER ROBERT THORNE, OFFICER JACOB BITTNER, OFFICER GERARDO REYES, OFFICER MORGAN MCCLARY, OFFICER JAKE FREEMAN, and OFFICER CHRISTOPHER LONGI ("LVMPD Defendants") and Defendants CLARK COUNTY and CLARK COUNTY DEPARTMENT OF PUBLIC WORKS, by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file the Plaintiff's Responses to Defendants' Motions to Dismiss (ECF Nos. 21 and 22) filed on August 29, 2019 by an additional thirty (30) days, extending the deadline from September 12, 2019 to October 11, 2019. This is the first stipulation for extension of time for Plaintiff to file his Responses.

/ / /

/ / /

1   The parties also hereby stipulate and agree that Defendants may have an additional seven (7) days to file their respective Replies in Support of their Motions to Dismiss. Defendants' proposed new Reply deadline would be October 25, 2019.

   This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

   Counsel for Plaintiff initiated this request due to numerous competing deadlines, including a court-ordered settlement conference on September 12, 2019 in *Thomas Walker, et al. v. City of North Las Vegas, et al.*, U.S. Dist. Court Case No. 2:14-cv-01475; and an evidentiary hearing on September 27, 2019 in *Hickman v. State*, Eighth Judicial Dist. Court Case No. C-12-278699-1. Additionally, the undersigned will be out of the jurisdiction from September 14, 2019 through September 21, 2019. Moreover, counsel Margaret A. McLetchie will be out of the jurisdiction on September 19, 2019 through September 20, 2019 for work on a federal case in the Central District of California. Counsel for Plaintiff also has numerous deadlines in other state court matters which interfere with the preparation of the Responses in this matter.

   WHEREFORE, the parties respectfully request that this Court extend the deadline to file Plaintiff's Response to Defendants' Motions to Dismiss (ECF Nos. 21 and 22) Plaintiff's Verified Amended Complaint (ECF No.12-1) filed on August 29, 2019 to up to and including October 11, 2019. Defendants' Replies shall also be granted an additional week extension with their new deadline being October 25, 2019.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS SO STIPULATED.

DATED this the 10th day of September, 2019.   DATED this the 10th day of September, 2019.

| **MARQUIS AURBACH COFFING** | **DISTRICT ATTORNEY'S OFFICE** |
|---|---|
| */s/ Jackie V. Nichols* | */s/ Joel K. Browning* |
| Nick D. Crosby, NBN 8996 | Steven B. Wolfson, District Attorney |
| Jackie V. Nichols, NBN 14246 | Joel K. Browning, NBN 14489 |
| 10001 Park Run Drive | 500 S. Grand Central Pkwy. PO Box 552215 |
| Las Vegas, NV 89145 | Las Vegas, NV 89155-2215 |
| Email: ncrosby@maclaw.com | Email: joel.browning@clarkcountyda.com |
| *Attorneys for LVMPD Defendants* | *Attorneys for Clark County and Clark County Department of Public Works* |

DATED this the 10th day of September, 2019.

**MCLETCHIE LAW**

*/s/ Alina M. Shell*
Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Larime Taylor*

## **ORDER**

IT IS SO ORDERED.

HONORABLE JUDGE JAMES C. MAHAN
U.S. DISTRICT COURT JUDGE

DATED: September 10, 2019

4