# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARIME TAYLOR,<br><br>    Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendant(s). | Case No.: 2:19-cv-00995-JCM-NJK<br><br>**ORDER**<br><br>(Docket No. 27) |

Pending before the Court is Plaintiff Larime Taylor's motion for extension of time to serve Defendant Officer Young. Docket No. 27. Plaintiff seeks an extension of time for which service is to be completed until 60 days after discovery reveals the identity of Defendant Officer Young and Plaintiff substitutes that name for the alias. *Id.* at 3. The Court finds Plaintiff's motion properly resolved without a hearing. *See* Local Rule 78-2. For good cause, the Court **GRANTS** the motion in part. Service must be completed on Defendant Officer Young no later than November 12, 2019.

IT IS SO ORDERED.

Dated: September 10, 2019

                                                                               Nancy J. Koppe
                                                                               United States Magistrate Judge

1