MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
MCLETCHIE LAW
701 East Bridger Avenue, Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Larime Taylor*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LARIME TAYLOR, an individual,<br>　　　　Plaintiff,<br>　vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; CLARK COUNTY, a political subdivision of the State of Nevada; SHERIFF JOSEPH LOMBARDO, in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; OFFICER YOUNG, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER KRAVITZ, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER DARRELL LEE DAVIES, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER WESTON FERGUSON, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER THOMAS ALBRIGHT, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department; OFFICER JANETTE GUTIERREZ, as an individual and in her official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER CLINT OWENSBY, as an individual and in his official capacity as a Las Vegas | Case. No.: 2:19-cv-00995-JCM-NJK<br><br>**<u>STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF'S RESPONSE TO COUNTY DEFENDANTS' MOTION TO STAY DISCOVERY (ECF No. 38)</u>**<br><br>**(FIRST REQUEST)** |

1

Metropolitan Police Department; OFFICER ROBERT THORNE, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER JACOB BITTNER, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER GERARDO REYES, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER MORGAN MCCLARY, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER JAKE FREEMAN, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; and OFFICER CHRISTOPHER LONGI, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer,

Defendants.

Pursuant to LR IA 6-1, Plaintiff LARIME TAYLOR and Defendants CLARK COUNTY and CLARK COUNTY DEPARTMENT OF PUBLIC WORKS ("County Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file the Plaintiff's Response to County Defendants' Motion to Stay Discovery (ECF No. 38) filed on September 17, 2019 by an additional six (6) days, extending the deadline from October 1, 2019 to October 7, 2019. This is the first stipulation for extension of time for Plaintiff to file his Response.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Plaintiff initiated this request because counsel is currently discussing with counsel for the County Defendants possible resolutions to discovery matters. This extension is therefore necessary to allow the parties to continue discussions and avoid unnecessary filings with this Court.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Plaintiff's Response to County Defendants' Motion to Stay Discovery (ECF No. 38)

2

filed on September 17, 2019 to up to and including October 7, 2019.

IT IS SO STIPULATED.

DATED this the 1st day of October, 2019.　　　DATED this the 1st day of October, 2019.

**MCLETCHIE LAW**　　　**DISTRICT ATTORNEY'S OFFICE**

*/s/ Alina M. Shell*　　　*/s/ Joel K. Browning*
Margaret A. McLetchie, NBN 10931　　　Steven B. Wolfson, District Attorney
Alina M. Shell, NBN 11711　　　Joel K. Browning, NBN 14489
701 E. Bridger Ave., Suite 520　　　500 S. Grand Central Pkwy. PO Box 552215
Las Vegas, NV 89101　　　Las Vegas, NV 89155-2215
Email: maggie@nvlitigation.com　　　Email: joel.browning@clarkcountyda.com
*Attorneys for Plaintiff Larime Taylor*　　　*Attorneys for Clark County and Clark County Department of Public Works*

**ORDER**

IT IS SO ORDERED.

_____
NANCY J. KOPPE
U.S. MAGISTRATE JUDGE


DATED: October 3, 2019

3