**STEVEN B. WOLFSON**
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
**JOEL K. BROWNING**
Deputy District Attorney
State Bar No. 014489
500 South Grand Central Pkwy., Ste. 5075
Las Vegas, Nevada 89155-2215
Telephone: (702) 455-4761
Email: Joel.Browning@ClarkCountyDA.com
Attorneys for Clark County

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARIME TAYLOR, an individual, | Case No: 2:19-CV-00995-JCM-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT CLARK COUNTY'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS (ECF No. 22)** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; CLARK COUNTY; a political subdivision of the State of Nevada, SHERIFF JOSEPH LOMBARDO, in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; OFFICER YOUNG, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER KRAVITZ, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER DARRELL LEE DAVIES, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER WESTON FERGUSON, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER THOMAS ALBRIGHT, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department; OFFICER JANETTE GUTIERREZ, as an individual and in her official capacity as a Las Vegas Metropolitan | **(FIRST REQUEST)** |

|   |   |
|---|---|
| Police Department Officer; OFFICER CLINT OWENSBY, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department; OFFICER ROBERT THORNE, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER JACOB BITTNER, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER GERARDO REYES, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER MORGAN MCCLARY, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER JAKE FREEMAN, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; and OFFICER CHRISTOPHER LONGI, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Pursuant to LR IA 6-1, Defendant CLARK COUNTY and Plaintiff LARIME TAYLOR, by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file Defendant CLARK COUNTY's Reply in Support of its Motion to Dismiss (ECF No. 22) filed on August 29, 2019 by an additional two (2) days, extending the deadline from October 21, 2019 to October 23, 2019. This is the first stipulation for an extension of time for Defendant to file its Reply.

This request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Defendant CLARK COUNTY initiated this request due to conflicting scheduling issues.

…

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Defendant CLARK COUNTY's Reply in Support of its Motion to Dismiss (ECF No. 22) filed on August 29, 2019 up to an including October 23, 2019.

IT IS SO STIPULATED.

DATED this 21st day of October, 2019.

MCLETCHIE LAW

/s/ Margaret A. McLetchie
Margaret A. McLethcie, Esq.
Bar No. 10931
Alina M. Shell, Esq.
Bar No. 11711
701 E. Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff*

DATED this 21st day of October, 2019.

DISTRICT ATTORNEY'S OFFICE

/s/ Joel K. Browning
Steven B. Wolfson, District Attorney
Bar No. 1565
Joel Browning, Deputy District Attorney
Bar No. 14489
500 S. Grand Central Pkwy, PO Box 552215
Las Vegas, Nevada 89155-2215
Email: joel.browning@clarkcountyda.com
*Attorneys for Defendant Clark County*

**ORDER**

IT IS SO ORDERED October 21, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that I am an employee of the Office of the Clark County District Attorney and that on this 21st day of October, 2019, I served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT CLARK COUNTY'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS (ECF No. 22)** (United States District Court Pacer/CM-ECF System), by e-mailing the same to the following recipients. Service of the foregoing document by e-mail is in place of service via the United States Postal Service.

Margaret A. McLetchie, Esq.
Alina M. Shell, Esq.
MCLETCHIE LAW
701 E. Bridger Avenue, Suite 250
Las Vegas, Nevada 89101
maggie@nvlitigation.com
alina@nvlitigation.com
*Counsel for Plaintiff*

Nicholas A. Crosby, Esq.
Jacqueline Victoria Nichols
MARQUIS AURBACH & COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
ncrosby@maclaw.com
jnichols@maclaw.com
*Counsel for Defendants, LVMPD,*
*Christopher Longi, Clint Owensby,*
*Darrell Lee Davies, Gerardo Reyes,*
*Jacob Bittner, Jake Freeman, Janette*
*Gutierrez, Joseph Lombardo, Matthew*
*Kravetz, Morgan McClary, Robert*
*Thorne, Thomas Albright, Weston Ferguson*

                                       /s/ Shannon J. Fagin
                                       An Employee of the Clark County District
                                       Attorney's Office – Civil Division