# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LARIME TAYLOR,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No.: 2:19-cv-00995-JCM-NJK

**ORDER**

(Docket No. 69)

Pending before the Court is Defendant Las Vegas Metropolitan Police Department's motion for an extension of time to file a responsive pleading to Plaintiff's second amended complaint.[1,2] Docket No. 69 at 3. The motion requests that the "deadline to [file] a responsive pleading to Plaintiff's Second Amended Complaint be extended to 14 days after the Court rules on the pending Motion to Dismiss." *Id.*; *see also* Docket No. 21 (motion to dismiss). Plaintiff has filed a notice of non-opposition. Docket No. 70.

Accordingly, the Court **GRANTS** in part the motion. Docket No. 69. The deadline for Defendants Las Vegas Metropolitan Police Department (and the officers in footnote one of this order) and Clark County to file a responsive pleading to Plaintiff's second amended complaint is extended 30 days, to no later than December 2, 2019.

IT IS SO ORDERED.

Dated: October 23, 2019

                                                Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] The following Defendants—Las Vegas Metropolitan Police Department officers—also bring this motion: Joseph Lombardo, Matthew Kravetz, Darrell Lee Davies, Weston Ferguson, Thomas Albright, Janette Gutierrez, Clint Owensby, Robert Thorne, Jacob Bittner, Gerardo Reyes, Morgan McClary, Jake Freeman, and Christopher Longi. Docket No. 69 at 2.

[2] Defendant Clark County filed a joinder to the motion. Docket No. 71.

1