**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
    Attorneys for LVMPD Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARIME TAYLOR, an individual, | Case Number:<br>2:19-cv-00995-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; CLARK COUNTY, a political subdivision of the State of Nevada; SHERIFF JOSEPH LOMBARDO, in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; OFFICER THERON YOUNG, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER MATTHEW KRAVETZ, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER DARRELL LEE DAVIS, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER WESTON FERGUSON, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER THOMAS ALBRIGHT, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER JANETTE GUTIERREZ, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER CLINT OWENSBY, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER ROBERT THORNE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; | |

OFFICER JACOB BITTNER, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER GERARDO REYES, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER MORGAN MCCLARY, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER JAKE FREEMAN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; and OFFICER CHRISTOPHER LONGI, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer,

Defendants.

## STIPULATION AND ORDER

Plaintiff Larime Taylor, by and through his attorneys of record, Margaret A. McLetchie, Esq. and Alina M. Shell, Esq., of McLetchie Law, and Defendants Las Vegas Metropolitan Police Department ("LVMPD or the "Department"), Sheriff Joseph Lombardo ("Lombardo"), Officer Theron Young ("Young"), Officer Matthew Kravetz ("Kravetz"), Officer Darrell Lee Davis ("Davis"), Officer Weston Ferguson ("Ferguson"), Officer Thomas Albright ("Albright"), Officer Janette Gutierrez ("Gutierrez"), Officer Clint Owensby ("Owensby"), Officer Robert Thorne ("Thorne"), Officer Jacob Bittner ("Bittner"), Officer Gerardo Reyes ("Reyes"), Officer Morgan McClary ("McClary"), Officer Jake Freeman ("Freeman"), and Officer Christopher Longi ("Longi") (collectively "LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach Coffing, hereby stipulate to the following:

1.      On October 30, 2019, Plaintiff filed a Motion for Temporary Restraining Order (ECF No. 78) and Motion for Preliminary Injunction (ECF No. 79) regarding LVMPD Defendants application and enforcement of Chapter 16 of Clark County Code ("CCC") against Plaintiff.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-223 Stipulation and Order (14687-223) 11/13/2019 4:06 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

2.     On November 7, 2019, the Court issued a Temporary Restraining Order restraining defendants, their agents, officials, and employees from enforcing Chapter 16 of the CCC against plaintiff's First Amendment activity on the Las Vegas Strip. (ECF No. 84)

3.     The Court further ordered the defendants to appear on November 20, 2019, at 1:30 p.m. in Courtroom No. 6A and show cause why a preliminary injunction should not be granted that restrains and enjoins defendants from enforcing Chapter 16 of the CCC against plaintiff's First Amendment activity on the Las Vegas Strip.  *Id.*

4.     The defendants were further ordered to file their oppositions, if any to plaintiff's motion for preliminary injunction by 5:00 p.m. on November 13, 2019 and the plaintiff was directed to file his reply, if any, by 5:00 p.m. on November 18, 2019.  *Id.*

5.     The Parties hereby agree and stipulate to attend a settlement conference with an assigned Magistrate Judge, other than the currently assigned Magistrate Judge Nancy Koppe, in accordance with this Court's referral, and request that the Court order that a settlement conference be conducted.[1]

6.     In order to facilitate settlement and avoid waste of the parties' resources', the Parties hereby agree and stipulate to stay the briefing and vacate the currently scheduled hearing of November 20, 2019 at 1:30 p.m. ordered by the Court related to plaintiff's motion for preliminary injunction until a later date, if necessary, as agreed by the Parties.

7.     The Parties hereby agree and stipulate to extend the Temporary Restraining Order (ECF No. 84) until the Parties reach a settlement in this matter or the Court issues an order on plaintiff's motion for preliminary injunction, whichever occurs first.

---

[1] Plaintiff invited the County to join in this Stipulation. While the County has been dismissed, Plaintiff contends declaratory and other relief may be necessary in light of the County's unconstitutional interpretation of the CCC and Plaintiff wishes to resolve all issues in this litigation if at all possible.

MAC:14687-223 Stipulation and Order (14687-223) 11/13/2019 4:06 PM

8.      The Parties also hereby agree and stipulate and make joint application to stay discovery and the other deadlines set forth in the operative Order setting dates for this matter (ECF No. 45) until such time as the parties conclude the proposed settlement conference.[2]

9.      The stay of discovery and other deadlines will allow the parties to explore the possibility of settlement through mediation, without incurring the time and expense of ongoing discovery prior to the mediation.

10.     Within fifteen (15) days after completion of the settlement conference, if it is not successful, the parties will submit new discovery deadlines, including the discovery cutoff deadline (providing ample time to complete written discovery and depositions), deadline for filing dispositive motions, and the deadline for filing the Joint Pretrial Order. The applicable dates will be extended for the commensurate time period that they were stayed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[2] However, Defendants will still provide responses to outstanding discovery requests from Plaintiff.

Page 4 of 7

MAC:14687-223 Stipulation and Order (14687-223) 11/13/2019 4:06 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

11.    The Parties hereby agree and request that this Court refer the instant matter to a Magistrate Judge, other than the currently assigned Magistrate Judge Nancy Koppe, for a settlement conference.

IT IS SO STIPULATED.

Dated this <u>13th</u> day of November, 2019

MCLETCHIE LAW


By: <u>/s/ Margaret A. McLetchie</u>
     Margaret A. McLetchie, Esq.
     Nevada Bar No. 10931
     Alina M. Shell, Esq.
     Nevada Bar No. 11711
     701 E. Bridger Avenye, Suite 520
     Las Vegas, Nevada 89101
     Attorneys for Plaintiff Larime Taylor
Dated this <u>13th</u> day of November, 2019

MARQUIS AURBACH COFFING


By: <u>/s/ Jackie V. Nichols</u>
     Nick D. Crosby, Esq.
     Nevada Bar No. 8996
     Jackie V. Nichols, Esq.
     Nevada Bar No. 14246
     10001 Park Run Drive
     Las Vegas, Nevada 89145
     Attorneys for LVMPD Defendants

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-223 Stipulation and Order (14687-223) 11/13/2019 4:06 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the briefing schedule related to plaintiff's motion for preliminary injunction is STAYED and the hearing currently scheduled for November 20, 2019 at 1:30 p.m. is VACATED.

IT IS FURTHER ORDERED that the Temporary Restraining Order (ECF No. 84) shall remain in effect until the Parties reach a settlement in this matter or the Court issues an order on plaintiff's motion for preliminary injunction, whichever occurs first.

IT IS FURTHER ORDERED that the Court will refer the instant matter to a Magistrate Judge, other than the assigned Magistrate Judge Nancy Koppe, for a settlement conference pursuant to the Parties' request.

IT IS SO ORDERED November 14, 2019.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 13th day of November, 2019.

⊠        I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐        I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

                        N/A


                        /s/ Krista Busch
                        An employee of Marquis Aurbach Coffing

MAC:14687-223 Stipulation and Order (14687-223) 11/13/2019 4:06 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816