MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
MCLETCHIE LAW
701 East Bridger Avenue, Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Larime Taylor*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LARIME TAYLOR, an individual,<br>　　　　Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; CLARK COUNTY, a political subdivision of the State of Nevada; SHERIFF JOSEPH LOMBARDO, in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; OFFICER THERON YOUNG, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER MATTHEW KRAVITZ, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER DARRELL LEE DAVIES, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER WESTON FERGUSON, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER THOMAS ALBRIGHT, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department; OFFICER JANETTE GUTIERREZ, as an individual and in her official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER CLINT OWENSBY, as an individual and in his official capacity as a | Case. No.: 2:19-cv-00995-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF'S REPLY TO LVMPD DEFENDANTS' OPPOSITION (ECF NO. 95) TO THE MOTION FOR RECONSIDERATION (ECF NO. 93)**<br><br>**(FIRST REQUEST)** |

| | |
|---|---|
| 1 | Las Vegas Metropolitan Police Department; OFFICER ROBERT THORNE, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER JACOB BITTNER, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER GERARDO REYES, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER MORGAN MCCLARY, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER JAKE FREEMAN, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; and OFFICER CHRISTOPHER LONGI, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer, Defendants. |

Pursuant to LR IA 6-1, Plaintiff LARIME TAYLOR and Defendants Las Vegas Metropolitan Police Department ("LVMPD or the "Department"), Sheriff Joseph Lombardo ("LOMBARDO"), Officer Theron Young ("YOUNG"), Officer Matthew Kravetz ("KRAVETZ"), Officer Darrell Lee Davis ("DAVIS"), Officer Weston Ferguson ("FERGUSON"), Officer Thomas Albright ("ALBRIGHT"), Officer Janette Gutierrez ("GUTIERREZ"), Officer Clint Owensby ("OWENSBY"), Officer Robert Thorne ("THORNE"), Officer Jacob Bittner ("BITTNER"), Officer Gerardo Reyes ("REYES"), Officer Morgan McClary ("MCCLARY"), Officer Jake Freeman ("FREEMAN"), and Officer Christopher Longi ("LONGI") (collectively "LVMPD Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file the Plaintiff's Reply to LVMPD Defendants' Opposition (ECF No. 95) to the Motion for Reconsideration (ECF No. 93) by an additional fourteen (14) days, extending the deadline from December 26, 2019 to January 9, 2020. This is the first stipulation for extension of time for Plaintiff to file his Reply.

/ / /

1 | This request for an extension of time is not sought for any improper purpose or
2 | other purpose of delay. This request for extension is based upon the following:

Counsel for Plaintiff initiated this request due to limited scheduling issues with upcoming holidays and conflicting appellate Answering Briefs due in *Canalysis Nevada LLC v. Desert Testing LLC*, Nevada Supreme Court Case Number 78438 on December 23, 2019 and an Opening Brief and Appendix in *Jason Mathis v. State of Nevada*, Supreme Court Case No. 79327 on January 3, 2020.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Plaintiff's Reply to LVMPD Defendants' Opposition to the Motion for Reconsideration filed on December 19, 2019 by an additional fourteen (14) days, extending the deadline from December 26, 2019 to January 9, 2020.

IT IS SO STIPULATED.

DATED this the 23rd day of December, 2019.   DATED this the 23rd day of December, 2019.

**MCLETCHIE LAW**                             **MARQUIS AURBACH COFFING**

*/s/ Margaret A. McLetchie*                   */s/ Jackie V. Nichols*
Margaret A. McLetchie, NBN 10931              Nick D. Crosby, NBN 8996
Alina M. Shell, NBN 11711                     Jackie V. Nichols, NBN 14246
701 E. Bridger Ave., Suite 520                10001 Park Run Drive
Las Vegas, NV 89101                           Las Vegas, NV 89145
Email: maggie@nvlitigation.com                Email: jnichols@maclaw.com
*Attorneys for Plaintiff Larime Taylor*       *Attorneys for LVMPD Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 23, 2019

3