**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for LVMPD Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARIME TAYLOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; CLARK COUNTY, a political subdivision of the State of Nevada; SHERIFF JOSEPH LOMBARDO, in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; OFFICER THERON YOUNG, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER MATTHEW KRAVETZ, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER DARRELL LEE DAVIS, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER WESTON FERGUSON, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER THOMAS ALBRIGHT, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER JANETTE GUTIERREZ, as an individual and in her capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER CLINT OWENSBY, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER ROBERT THORNE, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; | Case Number:<br>2:19-cv-00995-JCM-NJK<br><br>**STIPULATION AND ORDER** |

| | |
|---|---|
| 1 | OFFICER JACOB BITTNER, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER GERARDO REYES, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER MORGAN MCCLARY, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER JAKE FREEMAN, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; and OFFICER CHRISTOPHER LONGI, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer, |
| | Defendants. |

## STIPULATION AND ORDER

Plaintiff Larime Taylor, by and through his attorneys of record, Margaret A. McLetchie, Esq. and Alina M. Shell, Esq., of McLetchie Law and Defendants, Las Vegas Metropolitan Police Department ("LVMPD or the "Department"), Sheriff Joseph Lombardo ("Lombardo"), Officer Theron Young ("Young"), Officer Matthew Kravetz ("Kravetz"), Officer Darrell Lee Davis ("Davis"), Officer Weston Ferguson ("Ferguson"), Officer Thomas Albright ("Albright"), Officer Janette Gutierrez ("Gutierrez"), Officer Clint Owensby ("Owensby"), Officer Robert Thorne ("Thorne"), Officer Jacob Bittner ("Bittner"), Officer Gerardo Reyes ("Reyes"), Officer Morgan McClary ("McClary"), Officer Jake Freeman ("Freeman"), and Officer Christopher Longi ("Longi") (collectively "LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach Coffing, hereby stipulate to the following:

1. The Court scheduled a settlement conference for Thursday, April 2, 2020 in the above-referenced matter.

2. The Parties have agreed to reschedule the settlement conference to a date convenient for the Court and the Parties.

. . .

. . .

MAC:14687-223 3962259_2 2/5/2020 1:41 PM

3. The Parties are available as to the following dates:

- Wednesday, April 8, 2020;
- Thursday, April 9, 2020; and
- Friday, April 10, 2020.

4. Accordingly, the parties request that the Court enter an order scheduling a new settlement conference based upon the above agreed-upon dates and the date and time convenient for the Court.

IT IS SO STIPULATED.

Dated this 5th day of February, 2020

MCLETCHIE LAW

By: /s/ Margaret A. McLetchie
    Margaret A. McLetchie, Esq.
    Nevada Bar No. 10931
    Alina M. Shell, Esq.
    Nevada Bar No. 11711
    701 E. Bridger Avenue, Suite 520
    Las Vegas, Nevada 89101
    Attorneys for Plaintiff Larime Taylor

Dated this 5th day of February, 2020

MARQUIS AURBACH COFFING

By: /s/ Jackie V. Nichols
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for LVMPD Defendants

IT IS ORDERED that ECF No. 103 is GRANTED. IT IS FURTHER ORDERED that the Early Neutral Evaluation is rescheduled to April 10, 2020. Plaintiff must report to Judge Weksler's chambers at 9:00 a.m. Defendants must report at 9:30 a.m. IT IS FURTHER ORDERED that the pre-ENE call is rescheduled to April 9, 2020 at 3:00 p.m. IT IS FURTHER ORDERED that the parties' confidential mediation statements are due to Judge Weksler's chambers by 4:00 p.m. on April 2, 2020.

**IT IS SO ORDERED**

**DATED: February 06, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 5th day of February, 2020.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach Coffing