MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
MCLETCHIE LAW
701 East Bridger Avenue, Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Larime Taylor*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LARIME TAYLOR, an individual,<br>　　　　Plaintiff,<br>　vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; SHERIFF JOSEPH LOMBARDO, in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; OFFICER THERON YOUNG, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER MATTHEW KRAVETZ, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER DARRELL LEE DAVIES, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER WESTON FERGUSON, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER THOMAS ALBRIGHT, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department; OFFICER JANETTE GUTIERREZ, as an individual and in her official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER CLINT OWENSBY, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department; OFFICER ROBERT THORNE, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; | **Case. No.: 2:19-cv-00995-JCM-NJK**<br><br>**ORDER GRANTING STIPULATION TO STAY DISCOVERY PENDING SETTLEMENT DISCUSSIONS** |

1

OFFICER JACOB BITTNER, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER GERARDO REYES, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER MORGAN MCCLARY, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER JAKE FREEMAN, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; and OFFICER CHRISTOPHER LONGI, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer,
            Defendants.

Plaintiff LARIME TAYLOR ("Plaintiff") and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, OFFICER THERON YOUNG, OFFICER MATTHEW KRAVETZ, OFFICER DARRELL LEE DAVIES, OFFICER WESTON FERGUSON, OFFICER THOMAS ALBRIGHT, OFFICER JANETTE GUTIERREZ, OFFICER CLINT OWENSBY, OFFICER ROBERT THORNE, OFFICER JACOB BITTNER, OFFICER GERARDO REYES, OFFICER MORGAN MCCLARY, OFFICER JAKE FREEMAN, and OFFICER CHRISTOPHER LONGI (collectively "LVMPD Defendants"), by their respective counsel, hereby stipulate to the following:

1. A stay of discovery and other deadlines will allow the Parties to explore the possibility of settlement, without incurring the time and expense of ongoing discovery during settlement discussions.

2. The Parties previously participated in an Early Neutral Evaluation on April 10, 2020. (ECF No. 111.) The Parties were not able to reach a settlement at that time.

3. The Parties have agreed that further settlement discussions may be fruitful, and intend to participate in an informal settlement conference on November 5, 2020.

4. The Parties further agree that within ~~fifteen (15)~~ fourteen (14) days after completion of the settlement conference, if it is not successful, the parties will submit new discovery

deadlines, including the discovery cutoff deadline (providing ample time to complete written discovery and depositions), deadline for filing dispositive motions, and the deadline for filing the Joint Pretrial Order. The applicable dates will be extended for the commensurate time period that they were stayed.

5. As such, the Parties hereby agree and request the Court to enter a stay of all deadlines in the instant case.

6. Notwithstanding the stay, the Parties intend to and hereby agree to cooperate in the exchange of certain information requested in discovery as needed to facilitate settlement;

7. Defendants hereby further agree to abide by the terms of Temporary Restraining Order (ECF No. 84) as if it were in full force and effect.

IT IS SO STIPULATED.

DATED this the 23rd day of September, 2020.    DATED this the 23rd day of September, 2020.

**MARQUIS AURBACH COFFING**                     **MCLETCHIE LAW**

*/s/ Jackie V. Nichols*                         */s/ Margaret A. McLetchie*
Nick D. Crosby, NBN 8996                        Margaret A. McLetchie, NBN 10931
Jackie V. Nichols, NBN 14246                    Alina M. Shell, NBN 11711
10001 Park Run Drive                            701 E. Bridger Ave., Suite 520
Las Vegas, NV 89145                             Las Vegas, NV 89101
Email: ncrosby@maclaw.com                       Email: maggie@nvlitigation.com
*Attorneys for LVMPD Defendants*                *Attorneys for Larime Taylor*

**ORDER**

No later than November 9, 2020, the parties must submit a joint status report informing the Court as to whether mediation was successful.

IT IS SO ORDERED.

Dated: September 24, 2020

_____
**Nancy J. Koppe**
**United States Magistrate Judge**

3