# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LARIME TAYLOR,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendants.

Case No.: 2:19-cv-00995-JCM-NJK

**ORDER**

[Docket No. 125]

Pending before the Court is the parties' joint status report requesting an extension of the discovery stay in this case. Docket No. 125. A request for an extension must be filed as a stipulation or motion. *See* LR IA 6-1.

IT IS SO ORDERED.

Dated: February 1, 2021

                                                             Nancy J. Koppe
                                                             United States Magistrate Judge