MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
MCLETCHIE LAW
701 East Bridger Avenue, Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Larime Taylor*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LARIME TAYLOR, an individual, | Case. No.: 2:19-cv-00995-JCM-NJK |
| Plaintiff, | |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; SHERIFF JOSEPH LOMBARDO, in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; OFFICER THERON YOUNG, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER MATTHEW KRAVETZ, as an individual and in his capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER DARRELL LEE DAVIES, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER WESTON FERGUSON, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER THOMAS ALBRIGHT, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department; OFFICER JANETTE GUTIERREZ, as an individual and in her official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER CLINT OWENSBY, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department; OFFICER | **STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

1

ROBERT THORNE, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER JACOB BITTNER, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER GERARDO REYES, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER MORGAN MCCLARY, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; OFFICER JAKE FREEMAN, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer; and OFFICER CHRISTOPHER LONGI, as an individual and in his official capacity as a Las Vegas Metropolitan Police Department Officer,

Defendants.

Plaintiff LARIME TAYLOR ("Plaintiff") and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, OFFICER THERON YOUNG, OFFICER MATTHEW KRAVETZ, OFFICER DARRELL LEE DAVIES, OFFICER WESTON FERGUSON, OFFICER THOMAS ALBRIGHT, OFFICER JANETTE GUTIERREZ, OFFICER CLINT OWENSBY, OFFICER ROBERT THORNE, OFFICER JACOB BITTNER, OFFICER GERARDO REYES, OFFICER MORGAN MCCLARY, OFFICER JAKE FREEMAN, and OFFICER CHRISTOPHER LONGI (collectively "LVMPD Defendants"), by their respective counsel, hereby stipulate and agree that, pursuant to settlement, the above-captioned matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this the 30th day of March, 2021. | DATED this the 30th day of March, 2021. |
| **MARQUIS AURBACH COFFING** | **MCLETCHIE LAW** |
| */s/ Jackie V. Nichols* | */s/ Margaret A. McLetchie* |
| Nick D. Crosby, NBN 8996 | Margaret A. McLetchie, NBN 10931 |
| Jackie V. Nichols, NBN 14246 | Alina M. Shell, NBN 11711 |
| 10001 Park Run Drive | 701 E. Bridger Ave., Suite 520 |
| Las Vegas, NV 89145 | Las Vegas, NV 89101 |
| Email: ncrosby@maclaw.com | Email: maggie@nvlitigation.com |
| *Attorneys for LVMPD Defendants* | *Attorneys for Larime Taylor* |

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 31, 2021

3